**Order filed July 26, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00529-CV

———————

## IN THE INTEREST OF S.J.N., AND R.L.N., CHILDREN

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-03363J**

---

## ORDER

**LATE BRIEF.** This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due **July 25, 2018.** No brief has been filed. Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, **William Thursland**, to file appellant's brief no later than **<u>August 6, 2018.</u>** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt

of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

**LATE NOTICE OF APPEAL.** On July 10, 2018, we issued an order stating the notice of appeal was not filed timely and directing appellant to file a motion for extension of time to file the notice of appeal. The motion for extension of time was due by July 20, 2018, but was not filed. Accordingly, we again direct appellant to file a motion for extension of time to file the notice of appeal. The motion for extension of time is due by **August 6, 2018**. If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM